UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES HENRY, an individual, and DENISE HENRY, an individual<br>Plaintiffs,<br><br>v.<br><br>NORCOLD, INC, a Delaware Corporation,<br><br>Defendant. | CASE NO. 2:17-CV-00067-KJM-CMK<br><br>**ORDER TO MODIFY MAY 15, 2017 SCHEDULING ORDER** |

# **ORDER**

Good cause appearing, it is hereby ORDERED that the dates set forth in the scheduling order in this case are modified as follows:

| **Event** | **Current Date** | **New Proposed Date** |
|---|---|---|
| Settlement Conference | April 6, 2018 | April 6, 2018 |
| Discovery Completion Date | April 20, 2018 | May 17, 2018 |
| Expert Witness Disclosure | May 18, 2018 | May 18, 2018 |
| Expert Witness Rebuttal | June 8, 2018 | June 8, 2018 |

1

**ORDER TO MODIFY MAY 15, 2017 SCHEDULING ORDER**

| Dispositive Motion Cut-Off | June 29, 2018 | June 29, 2018 |
| Joint Pre-Trial Conference Deadline | September 28, 2018 | Vacated to be reset as necessary |
| Final Pre-Trial Conference | October 19, 2018 | Vacated to be reset as necessary |
| Jury Trial | December 3, 2018 | Vacated to be reset as necessary |

**IT IS SO ORDERED.**

DATED: April 18, 2018.

_____
UNITED STATES DISTRICT JUDGE